UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRANDON SOLOMON FOSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **5:20-cv-02041-AKK-GMB** |
| **HOLMAN CORRECTIONIAL FACILITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 25, 2021, recommending dismissal, without prejudice, of Brandon Foster's petition for writ of habeas corpus under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Doc. 6.  Although the parties were advised of their right to file specific objections within fourteen days, no objections have been received by the court.  Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted.  A separate order will be entered.

**DONE** the 16th day of March, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE