FILED
2021 Mar-16  AM 09:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **BRANDON SOLOMON FOSTER,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HOLMAN CORRECTIONAL** )<br>**FACILITY, et al.,** )<br>)<br>**Defendants.** | Civil Action Number<br>**5:20-cv-02041-AKK-GMB** |

## FINAL JUDGMENT

In accordance with the contemporaneously entered Memorandum Opinion and with Rule 58 of the Federal Rules of Civil Procedure, the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  Costs are taxed to the plaintiff.

**DONE** the 16th day of March, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE